1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT FOR

10                        THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 BRIAN KIMZEY                )
                               )        1:09-CV-01808-SMS
14                             )
                               )
15        Plaintiff,           )        STIPULATION AND ORDER
                               )
16 vs.                         )
                               )
17 COMMISSIONER OF             )
   SOCIAL SECURITY,            )
18                             )
          Defendant.           )
19 _____)

20
        IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be
21
   granted a 30 day extension of time, until April 11, 2010, in which to serve Plaintiff's Confidential
22
   brief.  All remaining actions under the scheduling order filed, March 11, 2010, shall proceed
23
   under the time limit guidelines set therein.
24
   / /
25
   / /
26
   / /
27
   / /
28

1 | Dated: March 11, 2010    /s/ Sengthiene Bosavanh

2 | SENGTHIENE BOSAVANH, ESQ.
    Attorney for Plaintiff.

3 |

4 | Dated: _____    MCGREGOR SCOTT
    United States Attorney

5 |

6 | By: /s/ Elizabeth Firer
    (as authorized via facsimile/e-mail)
    ELIZABETH FIRER

7 | Assistant Regional Counsel

8 |

IT IS SO ORDERED.

9 | Dated:  March 12, 2010              /s/ Sandra M. Snyder
10 |                                    UNITED STATES MAGISTRATE JUDGE