Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KIMZEY ) | 1:09-CV-01808-SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until April 11, 2010, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, March 11, 2010, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: March 11, 2010 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ. |
| | | Attorney for Plaintiff. |
| 3 | | |
| 4 | Dated: _____ | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ Elizabeth Firer |
| 6 | | (as authorized via facsimile/e-mail) |
| | | ELIZABETH FIRER |
| 7 | | Assistant Regional Counsel |

IT IS SO ORDERED.

Dated:  March 12, 2010                /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE