**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN KIMZEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:09-cv-01808 JLT<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

On June 28, 2011, Plaintiff filed a Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23). To date, Defendant has not responded to this motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant shall have until **August 12, 2011**, to file a response to the Motion for Attorney Fees.

IT IS SO ORDERED.

Dated:  **July 27, 2011**　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1